**\*E-FILED 01-27-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILDCAT VINEYARDS, LLC, | No. C09-03554 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO APPEAR AND FAILURE TO PROSECUTE** |
| v. | |
| SARAH'S VINEYARD, INC., | |
| Defendants | |

A case management conference was set for January 26, 2010. Plaintiff failed to appear. Accordingly, IT IS ORDERED THAT:

Plaintiff's counsel, Nate A. Garhart, shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 2, 2010, 10:00 a.m.** and show cause, if any, why he should not be sanctioned for his failure to appear at the case management conference and for the apparent failure to prosecute this action.

SO ORDERED.

Dated: January 27, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-03554-HRL Notice has been electronically mailed to:

2  Nate A. Garhart ngarhart@cooley.com

3  5:09-cv-03554-HRL Courtesy copy mailed to:

4  Nate A. Garhart
   Coblentz, Patch, Duffy & Bass LLP
5  One Ferry Building, Suite 200
   San Francisco, CA 94111